THOMAS F. LANDERS [SBN 207335]
tlanders@swsslaw.com
PETER J. CALTAGIRONE [SBN 297559]
pcaltagirone@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
(t) 619.231.0303
(f) 619.231.4755

Attorneys for Defendant MIDLAND CREDIT MANAGEMENT, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY MACHADO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>　　　　　Defendant. | Case No.<br><br>**CERTIFICATE OF SERVICE** |

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

　　　At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Diego, State of California. My business address is 401 B Street, Suite 1200, San Diego, CA 92101.

　　　On February 20, 2015, I served true copies of the following document(s) described as:

　　　**1. Civil Cover Sheet**

on the interested parties in this action as follows:

/ / /

/ / /

/ / /

/ / /

| | |
|---|---|
| Todd M. Friedman, Esq.<br>Suren N. Weerasuriya, Esq.<br>Law Offices of Todd M. Friedman, P.C.<br>324 S. Beverly Dr., #725<br>Beverly Hills, CA 90212<br>Telephone: 877-206-4741<br>Facsimile: 866-633-0228<br>Email: tfriedman@attorneysforconsumers.com<br>sweerasuriya@attorneysforconsumers.com | *Attorneys for Plaintiff*<br>*Kimberly Machado* |

**BY MAIL:** I enclosed the document(s) in sealed envelope(s) or package(s) addressed to the person(s) at the address(es) listed above and placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with Solomon Ward Seidenwurm & Smith, LLP's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at San Diego, California.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on February 20, 2015, at San Diego, California.

_____
SHELBY CARDOZA